# Kramer Levin

Darren LaVerne
Partner
**T** 212.715.9190
**F** 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/21

July 16, 2021

<u>**Via ECF**</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    <u>United States v. Pedro Lugo</u>, 13-CR-00028 (AJN)

Dear Judge Nathan:

On behalf of defendant Pedro Lugo, and with the consent of the government and Probation, we respectfully request that the Court adjourn the status conference in this VOSR matter, presently scheduled for July 23, 2021, to a date in September 2021.

The parties first appeared for a conference on October 1, 2020.  At that time, we noted that the violation alleged in Probation's VOSR report is the subject of a criminal proceeding that remains pending in state court, and that any resolution of the former could prejudice Mr. Lugo's ability to defend the latter.  Since then, we understand that the parties in the state case have been continuing to work towards a disposition.  The next state court date is August 2, 2021.

Mr. Lugo remains at liberty, subject to the terms of a $50,000 bond and pretrial supervision, including by electronic monitoring.  This is our fifth request for an adjournment in light of the state proceedings, the first having been granted on November 16, 2020, the second on February 1, 2021, the third on May 3, 2021, and the fourth on June 1, 2021.

**SO ORDERED.**

*[Signature of Alison J. Nathan]*
7/19/21

> The conference is adjourned to
> September 20, 2021 at 1:00 P.M.

The Honorable Alison J. Nathan
July 16, 2021



    We thank the Court for its consideration.

                                          Respectfully submitted,

                                          /s/ Darren A. LaVerne
                                          Darren A. LaVerne
                                          Leah S. Friedman
                                          Harry P. Morgenthau

                                          KRAMER LEVIN NAFTALIS &
                                          FRANKEL LLP
                                          1177 Avenue of the Americas
                                          New York, NY  10036
                                          Telephone:  212.715.9190
                                          *Counsel for Pedro Lugo*

cc:     AUSA Christopher DiMase
          U.S. Probation Officer Marcelo Bravo